IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pride, Monique R | Case Number: 08 B 25219 |
| | Judge: Squires, John H |
| Printed: 12/23/08 | Filed: 9/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---:|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---:|---|---|---:|---:|
| 1. | US Bank | Secured | 0.00 | 0.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 0.00 | 0.00 |
| 5. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 6. | Home Loan Services | Secured | 0.00 | 0.00 |
| 7. | Holden Park Condominium Association | Secured | 0.00 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 9. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 10. | Home Loan Services | Secured | 0.00 | 0.00 |
| 11. | Studio City Villas Homeowners Asso | Secured | 3,000.00 | 0.00 |
| 12. | GMAC Mortgage Corporation | Secured | 4,281.41 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 43.28 | 0.00 |
| 14. | Capital One | Unsecured | 14.64 | 0.00 |
| 15. | Capital One | Unsecured | 69.44 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 38.00 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 1.17 | 0.00 |
| 18. | Southern California Edison Co. | Unsecured | 0.98 | 0.00 |
| 19. | Sallie Mae | Unsecured | 1,211.18 | 0.00 |
| 20. | Discover Financial Services | Unsecured | 37.81 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 0.85 | 0.00 |
| 22. | American Express Centurion | Unsecured | 8.27 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 11.64 | 0.00 |
| 24. | Portfolio Recovery Associates | Unsecured | 35.46 | 0.00 |
| 25. | Fertility Ctrs. Of Illinois | Unsecured | | No Claim Filed |
| 26. | Credit Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pride, Monique R

Printed: 12/23/08

Case Number:  08 B 25219
Judge:  Squires, John H
Filed:  9/23/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. First Premier Bank | Unsecured | | No Claim Filed |
| 28. Verizon | Unsecured | | No Claim Filed |
| | | $ 8,754.13 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

